IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLUMBERS LOCAL UNION NO. 27 COMBINED FUNDS, | ) ) ) |
| Plaintiff, | ) No. 19-mc-1065 ) |
| v. | ) ) ) |
| NEXUS CONSTRUCTION, LLC, | ) ) |
| Defendant. | ) |

## PROOF OF SERVICE

Before me, the undersigned authority, a notary public in and for said County and Commonwealth, personally appeared Jeffrey J. Leech, Esquire, who, being duly sworn according to law deposes and says that he mailed a true and correct copy of the Notice Under PA Rule 2958.1 of Judgment and Execution Thereon to the above-captioned Defendant, Nexus Construction, LLC at the following address: 200 Poplar Street, Pittsburgh, PA 15233. Defendant received such document as evidenced by the certified mail return receipt card, a copy of which is attached hereto as Exhibit "A".

_____
Jeffrey J. Leech, Esquire

Sworn to and subscribed
before me this 8th day
of October, 2019.

_____
Notary Public

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RACHEL M BERGMAN
Notary Public
CITY OF PITTSBURGH, ALLEGHENY COUNTY
My Commission Expires Nov 13, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Proof of Service was served by first class, U.S. mail, postage prepaid, this 8th day of October, 2019, upon the following:

>Nexus Construction, LLC
>200 Poplar Street
>Pittsburgh, PA  15233

_____
Jeffrey J. Leech, Esquire

LIT:5206982-1:014051-177423